# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VINCENT F. RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV408-116 |
| | ) |
| GOVERNOR SONNY PERDUE, | ) |
| LT. GOVERNOR MARK TAYLOR, | ) |
| SECRETARY OF STATE CATHY | ) |
| COX, ATTORNEY GENERAL | ) |
| THURBERT BAKER, | ) |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS, SENATOR SAXBY | ) |
| CHAMBLISS, REPRESENTATIVE | ) |
| BOB ELLIS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 8th day of July, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA